UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,    )    No. CR14-276-JHC
                             )
            Plaintiff,       )
                             )
        v.                   )    ORDER
                             )
JOSHUA E. HOGUE,             )
                             )
            Defendant.       )
_____)

Before the Court is Defendant Joshua Hogue's Motion for Early Termination of Supervised Release.  Dkt. # 23.  The Court has considered the motion (including the attachments thereto), the government's response (Dkt. # 25), U.S. Probation's response (Dkt. # 26), pertinent portion of the record, and the governing law.

The Court commends Mr. Hogue on his progress during his second term of supervision. And the Court expresses its sympathy with respect to Mr. Hogue's personal situation, i.e., regarding his fiancée and children in West Virginia.  However, the Court remains concerned regarding Mr. Hogue's conduct during his first term of supervision (*see* Dkt. ## 7, 8, 9 & 21) and that he has not completed treatment.  Because of those concerns, the Court DENIES the motion.

DATED this 13th day of February, 2026.

*John H. Chun*
_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER FOR TERMINATION OF
SUPERVISED RELEASE
(*US v. Hogue*, No. CR14-276-JHC) - 1